UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o Thomas A. Mauro
1020 19TH- STREET, N.W.
SUITE 400
WASHINGTON, DC 20036
Plaintiff

vs.

CASE NO:_____

Andre K. Childs
2317–15th St., N.E.
Washington, DC  20018
Defendant

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### STATEMENT OF THE CLAIM

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):* $871.43; plus current Capitalized Interest Balance and Accrued Interest: $1,172.87; plus Administrative Fee, Costs, Penalties; making the total owed (exclusive of pre-judgment interest, attorney's fees and costs) $2,044.30.  Plus Attorney's fees at 29.50% of $2,044.30; plus costs and post-judgment interest.

3. The Defendant executed the Promissory Note, on or about 08/28/1990, to secure the loan, see Exhibit "A". The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges.  The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after

application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum from the date stated in Exhibit "B".

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A. For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

Respectfully submitted,

*/s/ T. A. Mauro*

Thomas A. Mauro, Bar No. 184515
1020--19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
ATTORNEY FOR THE UNITED STATES OF AMERICA

August 8, 2008

NOTICE: IF THIS LINE _____ IS CHECKED, THE NOTES ARE TRUE COPIES.

NCIF Number:

2

# MARYLAND HIGHER EDUCATION LOAN CORPORATION
## Application and Promissory Note for a Guaranteed Student Loan

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

00834    G- X-060024-09 D

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1** Social Security Number: 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
**1A** Correct Item 1A in this space

**2** Last Name, First, M.I., Permanent Home Address: Childs, Andre K. Jr.
2245 15th St. N.E.
Washington DC. 20018

**2A** Correct Item 2A in this space: Name / Address / City, State, Zip

**3** Birthdate: 4/3/63
**4** Driver's License State: / No.: N/A
**5** Area Code/Phone No.: (202) 635-4498
**6** U.S. Citizenship Status: ☒ 1 Citizen  ☐ 2 Non-Citizen  Eligible   Alien ID No.

**7** References — You must provide separate adult references with different addresses (carefully read instructions).

| | Name | Street, City, State, Zip | Area Code/Phone No. | Employer |
|---|---|---|---|---|
| A | Gloria B. Childs | 2245 15th St. N.E. Washington DC. 20018 | (202) 635-4498 | Art Display Company |
| B | Debra Mae | 2318 M St. N.W. Washington DC. 20037 | (202) 483-1357 | Unemployment office |
| C | Dawn Kilchimen | 1523 18th Place N.E. Washington DC 20018 | (202) 529-8884 | Sign Company Producer |

**8** Intended Enrollment Status: ☒ 1 Full-time  ☐ 2 At least half-time
**9** Major Course of Study: 28
**10** Requested Loan Amount: 2625.00
**11** Loan Period For this Loan: From 09-90 to 01-91

**12** Have you ever defaulted on an Education Loan? ☐ 1 Yes  ☒ 2 No
**13** Do you have any unpaid student loans? ☐ 1 Yes  ☒ 2 No

**13A** Total unpaid balance of your most recent GSL: 0.00
**13B** Interest rate on your most recent GSL: 0 %
**13C** Grade level of your most recent GSL: 0
**13D** Beginning and ending dates of your most recent GSL: From 0 To 0

**13E** Total unpaid balance of all your Guaranteed Student Loans or any portion of these loans included in your Consolidation Loan: 0.00
**14** Name and Address of Previous Lender, if any: None

SEE INSTRUCTIONS ON THE FRONT OF THE BOOKLET FOR ITEMS 15A, 15B, AND 15C.
15A. RACE: / 2 /
15B. HAVE YOU APPLIED FOR A MARYLAND STATE SCHOLARSHIP ? ___ YES  X NO
15C. PLACE OF BIRTH: / Washington D.C.

### Promissory Note for a Guaranteed Student Loan

**I. Promise To Pay.** I, the undersigned borrower, promise to pay to you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, ITEM 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any [...]

BEST COPY AVAILABLE AT TIME OF IMAGING

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it including the writing on the reverse side, even if otherwise advised. As a borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the borrower, acknowledge that I have received an exact copy of this Note.

**19A** X Andre R. Childs   8/28/90 SEAL
Signature of Student Borrower   Date

Notice to Student: Terms of the Promissory Note continue on the reverse side.
Retain Copy D for your records.

### SECTION II — TO BE COMPLETED BY THE SCHOOL

**20** Name and Address of School:
PSI Institute
1310 Apple Avenue
Silver Spring Md 20910

**21** School Code: 510351
**22** Area Code/Phone No.: (301) 584-0900
**23A** Grade Level Code: 01
**23B** Correct Item 23A in this space

**24A** Anticipated Completion Date: 01-91
**24B** Correct Item 24A in this space
**25** Enrollment Period Covered by Loan: 09-10-90 to 01-25-91

**26** Family Adjusted Gross Income For Loan Period: 0.00
**27** Estimated Cost of Attendance: 9663.00
**28** Estimated Financial Aid for Loan Period: 1533.00
**29A** Expected Family Contribution: 1200.00
**29B** Correct Item 29A in this space
**30** Difference (27 minus the sum of 28 plus 29): 6930.00

**31** Recommended Disbursement Date: 09-10-90   11-12-90

**32** I have read and understand the terms of the school certification printed on the back of the Application.
Signature of Authorized Fin. Aid Director: X Diane David
Type or Print Name and Title: DIANE T DAVID, DIRECTOR FINANCIAL AID
Date: 09-10-90

### SECTION III — TO BE COMPLETED BY THE LENDER

**34** Name and Address of Lending Institution:
SIGNET BANK/MARYLAND
(FORMERLY UNION TRUST COMPANY OF MARYLAND)
P. O. BOX 50429
INDIANAPOLIS, IN 46250

**35** Loan Amount Approved: .00
**36** Interest Rate: 8 %
**37** Fee

**38** Lender Code: 805595
**39** Anticipated Disbursement Date(s): Mo. Day Yr.   Mo. Day Yr.   Mo. Day Yr.

**40** Signature of Authorized Lending Official
**41** Area Code/Phone No.: 800-824-7044
**42** For Lender Use Only

Type or Print Name and Title   Date

Form 115C 9/87
Copyright 1987 USA Funds, Inc. All rights reserved.
This is to be used only by USA Funds or the guarantor it serves as identified above.
LR COPY A

PLAINTIFF'S EXHIBIT A

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE."

CAROLYN J. ALDERSON *Carolyn J. Alderson*

TITLE: RECORDS RESOURCE MANAGER

DATE: NOV 2 5 1997

All right, title and interest of the undersigned is hereby assigned (without warranty, except that the note qualifies for Insurance) to United Student Aid Funds, Inc. Education Loan Servicing Center, as authorized agent of Student Loan Marketing Association.

By *Kella Naylor* Kella Naylor

Title: Manager, ELSC

Date: OCT 2 5 1991

BEST COPY AVAILABLE AT TIME OF IMAGING

Subscribed & Sworn to Before Me, this 15 day of Oct, 19 97 that this is a true & exact copy of same.

*Michelle Jones*

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Andre K. Childs
2317 15th St. N.E.
Washington, DC 20018-1224
Account No. XXXXX3434

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/10/08.

On or about 08/28/90, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Signet Bank (Indianapolis, IN). This loan was disbursed for $1,313.00 on 09/14/90, at 8.00 percent interest per annum. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $492.80 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 03/31/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $871.43 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and 02/19/98, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $871.43 |
| Interest: | $1,172.87 |
| Total debt as of 03/10/08: | $2,044.30 |

Interest accrues on the principal shown here at the rate of $0.19 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/18/08

_____
Loan Analyst
Litigation Support



PLAINTIFF'S EXHIBIT B

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA  1100/ | ANDRE K. CHILDS |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

THOMAS A. MAURO, ESQ
1020--19TH ST., N.W., #400
WASHINGTON, DC 20036
TEL NO. 202-452-9865

Case: 1:08-cv-01452
Assigned To : Hogan, Thomas F.
Assign. Date : 8/21/2008
Description: Student Loan

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ⊗ J. *Student Loan*<br><br>☒ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1345

VII. REQUESTED IN COMPLAINT    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ $2,044.30    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

VIII. RELATED CASE(S) IF ANY    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 8/19/2008    SIGNATURE OF ATTORNEY OF RECORD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.